PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__San Antonio__ DIVISION

FILED
FEB 15 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

__Francisco Esquivel III #632952__
Plaintiff's Name and ID Number

__Comal County Jail 3000 IH 35 S. New Braunfels, TX 78130__
Place of Confinement

CASE NO. __5:22-cv-001386-XR__
(Clerk will assign the number)

v.

__Ofc. Mora #3409 Comal County Jail__
Defendant's Name and Address __3000 IH 35 S.__
__New Braunfels, TX 78130__

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? \_\_\_ YES ✔ NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit: 12-20-2022
       2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
       3. Court: (If federal, name the district; if state, name the county.)_____
       4. Cause number:_____
       5. Name of judge to whom case was assigned:_____
       6. Disposition: (Was the case dismissed, appealed, still pending?)_____
       7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Comal County Jail 3000 IH 35 S. New Braunfels, TX 78130

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
   A. Name and address of plaintiff: Francisco Esquivel II #632952; Comal County Jail 3000 IH 35 S. New Braunfels, TX 78130

   B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

   Defendant #1: OFC Mora #3409, Comal County Jail, 3000 IH 35 S. New Braunfels, TX 78130
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   Slammed me head first in handcuffs into center block wall

   Defendant #2: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #3: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #4: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #5: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

# COMAL COUNTY SHERIFF'S OFFICE

## INMATE GRIEVANCE



COPY

**COMPLETED BY: SGT EBERT #3347**

**INMATE: ESQUIVEL, FRANCISCO**  **SPN# 632952**  **CELL# B1-2**
**DATE: 7-20-2021**
**GRIEVANCE # 594**

Your grievance has been received and reviewed. After further investigation, your grievance was founded in the allegations you reported in respect to having been subject to a prohibited act by a staff member. A review of this incident shows that you were being escorted to an alternative housing area following your removal from cell D5. This movement occurred because of your displeasure with a sheet that was exchanged and your subsequent refusal to keep the sheet, kicking it back at the feet of the officer. You were then brought out of the cell to further discuss the matter at hand.

During this incident you were handcuffed for the safety of all involved as you were observed to be passively resistant and agitated by the officer's directives. The determination was then made to relocate you. While entering the D-Separation cell hallway you were observed turning towards the officer while being escorted. It was at this time, while you were still handcuffed, that Ofc Mora #3409 utilized defensive tactics that resulted in your head coming into contact with the wall.

It was determined through administrative investigation that this action was not in accordance with proper procedure for this incident. As a result, corrective action was taken to handle this matter accordingly and to help prevent future instances from occurring.

As far as your allegation of being subject to a criminal act, the administrative investigation did not result in the determination that Ofc Mora intended to recklessly or intentionally cause harm to you. Ofc Mora exercised a poor judgement of his use of a defensive tactics that unintentionally caused the injuries that you reported.

When mentioning previous instances of harassment, remember that the grievance process can only account for incidents that occur no more than seven days prior to the request of the grievance.

This grievance has now been addressed.

_____   _____
Grievance Board Member                DATE 7-20-21

_____   _____
Grievance Board Member                DATE 7-20-2021

_____   _____
Grievance Board Member                DATE 7-20-2021

_____   _____
Inmate Receiving                      DATE

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 6-6-21, Dorm D5, I was washing my sheet and hung it up on the rail to dry every weekend. After a few checks later O.C. Mora #3409 took it off the railing and ask who's sheet, it was I stated it was mine. I also said I'll hang it on my cell to dry but O.C. Mora #3409 said he would replace the sheet with a new one so I replyed OK. Later he O.C. Mora #3409 came back with a torn, stained and stunk horribly. I told O.C. Mora #3409 I would of just kept mine instead. I placed the items outside the door by his feet. He continue to force the sheet on me as I refused to take a sheet thats torn stained and stunk asked to go outside to the G space. O.C. Mora #3409 had me against the bars while I was not refusing but asking for rank which I was rejected of.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A reasonable judgement granting reimbursement for medical costs, pain and suffering ~~[redacted]~~ and mistreatment

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Francisco Esquivel III

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
(1) 01560746? (2) 01848450 (3) 02387674

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date sanctions were imposed:_____
  4. Have the sanctions been lifted or otherwise satisfied?           ____YES  ✓ NO

4

UNITED STATES DISTRICT COURT
262 W. NUEVA STREET
SAN ANTONIO, TX 78207

| | | |
|---|---|---|
| FRANCISCO ESQUIVEL III #632952 | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | SA:22-CV-001386-XR |
| | § | |
| UNKNOWN MEDICAL ADMINISTRATION | § | |
| AND ADMINISTRATION OF COMAL | § | |
| COUNTY SHERIFF MARK REYNOLDS | § | |
| DEFENDANTS | § | |

### ATTACH V. STATEMENT OF CLAIM:

THEN O.C. MORA #3409 TOOK SHIRT OFF MY HEAD WHICH I USE AS A TURBAN FOR MY RELIGIOUS DESCENT AS A MUSLIM THEN DID THREW IT ON THE FLOOR. THEN O.C. MORA #3409 HANDCUFFED ME INTO THE REC YARD AND CONTINUED TO REFUSE ME RANK AS THE REC YARD WAS FLOODED WITH WATER. O.C. MORA #3409 WAS TAKING ME TO SEPERATION. AS O.C. MORA #3409 WAS TAKING ME O.C. MORA #3409 KEPT RAISING THE HANDCUFFS HURTING MY SHOULDER. I KEPT TELLING HIM YOUR HURTING ME IM NOT REFUSING AND NEXT THING I KNOW I WAS SWUNG AROUND SO FAST AND ALL I FELT WAS THE IMPACT OF THE BLOW ON THE TOP OFF MY HEAD AND WENT STRAIGHT DOWN. THIS ALL HAPPEN IN B SHIFT WHICH ALSO DENIED ME TO TAKE PHOTOS. I SHOWED SEVERAL O.C. IN COMAL COUNTY INCLUDING A NURSE WHO CANT FULLY REMEMBER HER NAME.

1) 300,000.00 GROSS NEGLIGENCE TORT
2) 300,000.00 42 U.S.C. 1983 TORT
3) 25,000.00 DELIBERATE INDIFFERENCE

Francisco Esquivel III
FRANCISCO ESQUIVEL III

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: _____
                   DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ~~~~~ 2 day of ~~~~~ FEBRUARY, 20 23.
            (Day)              (month)                  (year)

FRANCISCO ESQUIVEL III
_Francisco Esquivel III_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**
(ONLY ONE REQUEST PER FORM)

NAME: Franciscw Esquivel   SPN #: 630852   CELL: H

PURPOSE OF FORM: (CHECK ONLY ONE)

1. REQUEST ✓   2. GRIEVANCE   3. MEDICAL   4. OTHER

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I got some papers from the clerk U.S. District Court of San Antonio asking for copies of the papers sent to me. If I can please get them on CDs so I can comply with the rules the U.S. District Court asks that it would be held. Thank you and God Bless

INMATE SIGNATURE: Francisco Esquivel   DATE/TIME: 1-2-23   JAILER SIGNATURE & BADGE #: _____   DATE/TIME:

RESPONSE: Unable to complete request

INMATE SIGNATURE: _____   DATE/TIME: _____   JAILER SIGNATURE & BADGE #: ___ 3100 2-2-23   DATE/TIME:

White—Inmate file when completed   Yellow—Response to Inmate request   Pink—Original Inmate copy



Francisco Esquivel 632952
3000 IH 35 S
NEW BRAUNFELS, TX 78130
2/6/2023

BY-6

COMAL COUNTY JAIL
INMATE MAIL

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
262 WEST NUEVA STREET
SAN ANTONIO, TX 78207

RECEIVED
FEB 14 2023
SCREENED BY CSO

SAN ANTONIO TX
RIO GRANDE DIST
13 FEB 2023 PM

RECEIVED
FEB 15 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

LEGAL MAIL !!!

78207-452999