UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FRANCISCO ESQUIVEL III, #2434261
Plaintiff

V.                                    SA-22-CV-01386-XR

OFFICER REFUGIO MORA, BADGE #3409,
COMAL COUNTY JAIL,
Defendant.

FILED
JUL 10 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## SUMMARY JUDGEMENT OF NEW EVIDENSE

TO THE HONORABLE JUDGE XAVIER RODRIGUEZ:

I, FRANCISCO ESQUIVEL III, #2434261 been looking up on the law linbaray similar cases that retains to my case that's still in progress and after reading these cases they stood out cause they were also with officers using excessive force. Some cases are more worse cause some caused deaths to inmates but that could of been the result if my neck would of been broken and paraliyzed for a lifetime. In a way I am mentally when I've been having flash backs, dizziness, servere neck pain and back pain and forever be on medicine and highly depressed how I supposed to pay for meds in the future ect. But here are the cases I've found: Harris County v. Nagel, 349 SW3d 969.; Harris Cty v. Coats, 607 S.W.3d 359; Haynes v. Volpelletto, 2024 US app. Johnson v. Scotsman, 79 T.4th 608; Bady v. McMamara, 94 F.4th 662; Fairchid v. Coryell Crty, 40 F.4th 359. These case are of excessive force. Thank you so much. I pray with all evidense I have presented it'll be in my favor.

RESPECTFULLY SUBMITTED,
FRANCISCO ESQUIVEL III,
#2434261
3001 S. EMILY Drive
BEEVILLE, TX 78102
Fr Esq III, #2434261

July 4, 2024

FILED

JUL 1 0 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ BT
DEPUTY

I SENT A CHANGE OF ADDRESS ABOUT 2 WEEKS AGO BUT I HAVEN'T RECIEVED NOTHING CONFIRMING IF THE COURTS EVER GOT MY LETTER OF CHANGE OF ADDRESS.

TO HONORABLE JUDGE XAVIER RODRIGUEZ:

I AM CURRENTLY ON LOCK DOWN IN McCONNELL UNIT 3001 S. EMILY DR., BEEVILLE, TX 78102 AND MY OLD ADDRESS 3000 S. 35 IH-H, NEW BRAUNFELS, TX 78130

NEW ADDRESS:
3001 S. EMILY DR.
BEEVILLE, TX 78102
FRANCISCO ESQUIVEL III, #2434261

RESPECTFULLY SUBMITTED,

Francisco Esquivel III
#2434261
3001 S. EMILY DR.
BEEVILLE, TX 78102
McCONNELL UNIT

Francisco Esquivel III, # 2484261
3221 S. Emily Drive
Beeville, TX 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
8 JUL 2024 PM 4 L

78207-452999

RECEIVED
JUL 10 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
   DEPUTY CLERK

U.S. District Court
Western District
262 West Nueva Street
San Antonio, TX 78207

U.S. MARSHALS
RECEIVED
JUL 09 2024
SAN ANTONIO, TX
ENFORCEMENT SECTION

CV-6

LEGAL MAIL!!!